NICO N. TABIBI, ESQ. (Bar No. 169036)
LAW OFFICES OF NICO N. TABIBI, APC
9454 Wilshire Blvd., PH
Beverly Hills, CA 90212
Telephone: (310) 276-1555
Facsimile: (310) 273-1606
E-MAIL: nico@tabibilaw.com

Attorneys for Plaintiff FTC COMMERCIAL CORP., a California corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| FTC COMMERCIAL CORP., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> BRK INDUSTRIES, LTD., a New York corporation; SIDNEY COHEN, individually and dba BRK INDUSTRIES; BH OVERSTOCK CO INC., a New York corporation and DOES 1 through 10, inclusive, <br><br> Defendants. <br><br> ──────────────────────────── <br> BH OVERSTOCK CO., INC. a New York Corporation, BRK INDUSTRIES, LTD., a New York Corporation <br><br> Third Party Claimants, <br><br> vs. <br><br> BLUE HOLDINGS, INC. a Nevada Corporation; BLUE CONCEPT, LLC, a California Limited Liability Company; PAUL GUEZ, an Individual; and ROES 1-10, Inclusive <br><br> Third Party Defendants <br> ──────────────────────────── | **Case No. 2:12-cv-00218CAS (FFMx)** <br><br> **Related and Consolidated with Case No. 2:12-cv-02837 CAS (FFMx)** <br><br> <u>*Honorable Christina A. Snyder, Judge Presiding*</u> <br><br> *[MOTION TO ENFORCE SETTLEMENT AGREEMENT AND TO ENTER JUDGMENT]* <br><br> [PROPOSED] JUDGMENT |

1

**[PROPOSED] JUDGMENT**

The court, having considered the motion of Plaintiff, FTC Commercial Corp., a California corporation's ("Plaintiff"), motion, entitled, "MOTION FOR AN ORDER TO ENFORCE SETTLEMENT AND FOR ENTRY OF JUDGMENT", filed as Docket No. 59 in the above-captioned consolidated action ("Motion"), hereby grants the Motion, and good cause appearing, it is hereby adjudged and ordered that:

1. Judgment in the amount of $600,000, plus interest at the rate of seven percent (7%) from October 1, 2013, in the amount of $22,438.65, for a total judgment of $622,438.65, is entered in favor of Plaintiff, and against Defendants, BRK INDUSTRIES, LTD., a New York corporation ("BRK"), and BH OVERSTOCK CO INC., a New York corporation ("Overstock"), jointly and severally; and

2. Judgment in the amount of $550,000, plus interest at the rate of seven percent (7%) from October 1, 2013, in the amount of $20,568.60, for a total judgment of $570,568.60, is entered in favor of Plaintiff, and against Defendant, SIDNEY COHEN, individually and dba BRK INDUSTRIES ("Cohen"), with the liability of Cohen to be joint and several with BRK and Overstock only for the first $550,000.00 of BRK's and Overstock's liability to Plaintiff.

Dated: April 21, 2014

                                  Hon. Christina A. Snyder
                                  United States District Court Judge